STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
BENJAMIN PETROLLA, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate
Division.

See same case below: 37 *N. J. Super.* 326.

*Mr. Frank B. Bozza* for the petitioner.

*Mr. Ralph L. Fusco* and *Mr. Philip J. Mylod* for the
respondent.

December 12, 1955.   Granted.

EDWARD E. CONDON, PETITIONER-PETITIONER, v.
LINDEN B. SMITH, RESPONDENT-RESPONDENT.

On petition for certification to Superior Court, Appellate
Division.

See same case below: 37 *N. J. Super.* 320.

*Mr. Louis Winer* for the petitioner.

*Messrs. Dolan & Dolan* and *Mr. William Martin Cox* for
the respondent.

December 12, 1955.   Granted.